IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:23-cr-00017-RRB |
| vs. | |
| MARK PAVEL CILOCI, | **ORDER ACCEPTING GUILTY PLEA** |
| Defendants. | |

Before the Court at Docket 89 is the Final Report and Recommendation Upon a Plea of Gulty filed by the Magistrate Judge. After reviewing the same in its entirety, the Court hereby accepts and adopts the guilty plea entered. Sentencing in this matter is set for August 9, 2024, at 10:00 a.m. in Fairbanks, Alaska.

IT IS SO ORDERED this 13th day of June, 2024, at Anchorage, Alaska.

                                                  */s/ Ralph R. Beistline*
                                                  RALPH R. BEISTLINE
                                        Senior United States District Judge